UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                      Criminal Case No. 07-20327

    vs.                              HONORABLE JULIAN ABELE COOK, JR.

D-1 ROY M. BAILEY,                    MAGISTRATE JUDGE MONA MAJZOUB
D-2 ANTONIO IVEZAJ,
D-3 TALAL KHALIL CHAHINE,
D-4 MOHAMAD ARZOUNI,
D-5 MOHAMMAD BAZZI.

    Defendants.

_____/

ORDER GRANTING CONTINUANCE AND
DETERMINING EXCLUDABLE DELAY

This matter having come before the Court upon the joint motion of the parties;

IT IS HEREBY ORDERED that a Status Conference shall be held on **April 1, 2008 at 1:00 p.m.**

The Court further finds that this is a complex case with extensive discovery materials. Based upon the representations of the parties in the accompanying motion, the Court finds that ends of justice served by this delay outweigh the best interest of the public and the defendants in a speedy trial and that the time period between October 2, 2007 and April 1, 2008 is excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8).

Dated: March 25, 2008                s/ Julian Abele Cook, Jr.
                                              JULIAN ABELE COOK, JR.
                                              United States District Court Judge

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on March 25, 2008.

                                                                     s/ Kay Alford
                                                                      Case Manager